UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAMERON HOOKER, | ) | 1:04-CV-06584-REC-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE RESPONSE TO MOTION |
| v. | ) | TO DISMISS |
| | ) | (DOCUMENT #15) |
| D. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 9, 2005, plaintiff filed a motion to extend time to file a response to the motion to dismiss filed by defendants on April 22, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

**Dated:   May 25, 2005**          **/s/ Dennis L. Beck**
3c0hj8                         UNITED STATES MAGISTRATE JUDGE