UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAMERON HOOKER, | ) | CV F- 04- 6584 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | ) | |
| D. ADAMS, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is plaintiff's motion for leave to file an amended complaint. Defendants appeared in this action on April 22, 2004 by filing a motion to dismiss. However, defendants have failed to notify the court of their position on plaintiff's motion to file an amended complaint.

Accordingly, defendants are HEREBY ORDERED to file a response to plaintiff's motion to amend th complaint within 15 days of this Order. Failure to file a response shall be treated as a non-opposition to the motion.

IT IS SO ORDERED.

Dated: **November 7, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE