1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    CAMERON HOOKER,                        CASE NO. CV-F-04-6584 REC DLB P

10                  Plaintiff,              ORDER DENYING PLAINTIFF'S
                                            MOTION FOR CLARIFICATION
11         vs.
                                            [Doc. 30]
12   D. ADAMS,

13                  Defendant.
                                        /

14

15          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action

16   pursuant to 42 U.S.C. § 1983.

17          Plaintiff filed the complaint upon which this action proceeds on November 19, 2004.  On

18   November 22, 2005, this Court recommended that defendants' motion to dismiss be granted in part but

19   that plaintiff be granted leave to file an amended complaint.  On December 15, 2005, the Court issued

20   a clarification of its recommendation, at plaintiff's request.

21          On January 17, 2006, plaintiff filed a request for clarification on a question of law asking the

22   Court what constitutional amendment would be violated if CDC required inmates to send home hearing

23   aids and eyeglasses.  Plaintiff is advised that the court may not issue an advisory opinion.  See Flast v.

24   Cohen, 392 U.S. 83, 96 (1968).  Plaintiff is referred to this Court's previous recommendation regarding

25   the legal authority relevant to the issues in this case.

26          IT IS SO ORDERED.

27      **Dated:    January 24, 2006**                   **/s/ Dennis L. Beck**
     3b142a                                    UNITED STATES MAGISTRATE JUDGE
28

                                            1