UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>      Plaintiff,<br><br>vs.<br><br>D. ADAMS, et al.,<br><br>      Defendants.<br>_____/ | 1:04-cv-06584-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23)<br><br>**ORDER GRANTING IN PART MOTION TO DISMISS** (Doc. 14)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

    Plaintiff, Cameron Hooker ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 22, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On December 8, 2005, defendants filed objections to the Magistrate Judge's Findings and Recommendations.  On December 14, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. With regard to defendants' objections that plaintiff did not exhaust his ADA claim prior to filing suit and that the Complaint does not allege an ADA claim against defendant Woodford, because these contentions were made for the first time in the objections, the court does not address them at this time. If appropriate upon the filing of the amended complaint, defendants may raise these issues in a subsequent motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 22, 2005, are ADOPTED IN FULL;

2. Defendants' motion to dismiss plaintiff's due process claim is GRANTED;

3. Plaintiff file an amended complaint, curing the deficiencies previously identified, within **twenty (20) days** from the date of service of this order; and,

3. Defendants' motion to dismiss plaintiff's ADA claim in their individual capacities is GRANTED without leave to amend.

IT IS SO ORDERED.

**Dated: February 10, 2006**                         /s/ Robert E. Coyle
668554                                              UNITED STATES DISTRICT JUDGE

2