UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>    Plaintiff,<br><br>    v.<br><br>DERREL G. ADAMS, et al.,<br><br>    Defendants. | 1:04-CV-6584-REC-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br>(DOCUMENT #36) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2006, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file his opposition to defendants' motion to dismiss.

    IT IS SO ORDERED.

Dated: May 1, 2006          /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE