UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>              Plaintiff,<br><br>vs.<br><br>D. ADAMS, et al.,<br><br>              Defendants.<br>_____/ | 1:04-cv-06584-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 42)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 35) |

Plaintiff, Cameron Hooker ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 22, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On February 6, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations. On February 9, 2007, defendants filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 22, 2007, are ADOPTED IN FULL;

2. Defendants' motion to dismiss plaintiff's due process claim is GRANTED;

3. Defendants' motion to dismiss plaintiff's ADA claim against defendants is DENIED; and,

4. Defendants file a response to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 7, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES DISTRICT JUDGE

2