IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CAMERON HOOKER,** | Case No.: 1:04-cv-6584 LJO DLB |
| Plaintiff, | **ORDER** |
| v. | |
| **DERREL G. ADAMS, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to serve their responses to Plaintiff's first request for admissions, interrogatory requests, and request for production of documents in this matter was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have an additional thirty days, to and including August 15, 2007, to file their responses.

IT IS SO ORDERED.

Dated:   July 13, 2007            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1