UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants. | CV F- 04- 6584 LJO DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

　　　　Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On November 13, 2007, plaintiff filed a motion for leave to file an amended complaint filed November 13, 2007.

　　　　Accordingly, defendants are HEREBY ORDERED to file a response to plaintiff's motion within 15 days of this Order.  Failure to file a response shall be treated as a non-opposition to the motion.

　　　　IT IS SO ORDERED.

　　　　**Dated:　November 20, 2007**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE