IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv-06584-LJO-DLB (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #67)<br><br>(30) THIRTY DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2008, plaintiff filed a motion to extend time to file opposition to Motion for Summary Judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file Opposition to Motion for Summary Judgment.

　　　　IT IS SO ORDERED.

　　　　Dated:   **April 2, 2008**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE