# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>   Plaintiff,<br><br>   v.<br><br>ADAMS, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:04-CV-06584-LJO DLB-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983 and California law. On March 10, 2008, defendants filed a motion for summary judgment. Plaintiff was granted an extension to May 6, 2008 in which to file an opposition. Plaintiff has failed to do so.

Plaintiff is required to respond to defendants' motion within **fifteen (15) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the Court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **May 8, 2008**            /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE

1